**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-10663 |
| | § | |
| LOGISTICS MANAGEMENT, INC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/15/2011. The undersigned trustee was appointed on 03/15/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $533.38

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $294.13 |
    | Bank service fees | $14.54 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $224.71 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/01/2011 and the deadline for filing government claims was 12/01/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $133.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $133.35, for a total compensation of $133.35[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/05/2013          By:   /s/ Horace Fox, Jr.
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 11-10663 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | | | Date Filed (f) or Converted (c): | 03/15/2011 (f) |
| For the Period Ending: | 11/5/2013 | | | §341(a) Meeting Date: | 04/26/2011 |
| | | | | Claims Bar Date: | 12/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | checking, JP Morgan Chase | $14.00 | $14.00 | | $0.00 | FA |
| 2 | 2007 Great Dane Trlr vin 710142 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned 7.6.11 order Loan secured by 11 Great Dane trailers, office equipment include two heat shrink wrapper machines | | | | | |
| 3 | 2007 Great Dane Trlr vin 710743 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 4 | 2007 Great Dane Trlr vin 710744 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| 5 | 2007 Great Dane Trlr vin 710745 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned oreder 7.6.11 | | | | | |
| 6 | 2007 Great Dane trlr vin 710746 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 7 | 2007 Great Dane Trlr vin 71047 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| 8 | 2007 Great Dane Trlr vin 710747 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 9 | 2007 Great Dane Trlr vin702926 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abaondoned oreder 7.6.11 | | | | | |
| 10 | 2007 Gret Dane Trlr 702927 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| 11 | 2007 Great Dane Trlr 7022928 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abanodoned order 7.6.11 | | | | | |
| 12 | 2007 Great Dane Trlr vin 702933 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 13 | Possible loan repayment preference (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 6,ooo settlment apprpoved, however, Wieringa has moved his residence, threatened bankruptcy and is no longer able to be contacted by his attorney or us. | | | | | |
| 14 | small unscheduled bank account State Central Bk (u) | $0.00 | $533.38 | | $533.38 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$330,014.00        $330,547.38        $533.38        $0.00

**Major Activities affecting case closing:**
claims bar date is 12.1.11.

Case 11-10663   Doc 33   Filed 12/04/13   Entered 12/04/13 14:16:29   Desc Main
Document      Page 4 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2      Exhibit A

| Case No.: | 11-10663 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | | | Date Filed (f) or Converted (c): | 03/15/2011 (f) |
| For the Period Ending: | 11/5/2013 | | | §341(a) Meeting Date: | 04/26/2011 |
| | | | | Claims Bar Date: | 12/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Received an unstamped copy of 142,000 claim from debtors attorney for debtor that is denominated "money loaned" which establishes the loan. Must tie down the repayments, which debtor called "salary" as loan repayments as underlayment of insider repayment.

1.4.12 deposited small bk acct proceeds from State Central Bank. 1.4.12

Referred letter to Mr. de 'Medici to analyse as peference. 1.20.12

Requested status on prefrence suit for money loaned, possibly paid back as "salary".3.12.12

E-mailed Mr. de 'Medici re preference complaint status. 6.30.12

Statute limitatioms, upcoming in March, 2013 e-mailed to Mr. de 'Medici, set Jan., 2013 conference to review demand letters. and complaint evidence 1.13.13.

Examined debtor's bank records and Qwik books records to support adversary complaint preparation. 3.1.13

Consider whether the adversary allegations can be the basis for a criminal referral: concealment of assets, material false oath and or appropriation for personal use, of estate property. Respond to Ms. Silver after you research the law. 3.21.13

Read draft of preference complaint.3.4.13

Complaint v Wieringa filed 3.11.13.

Get status of adversary. Debtor has threatend filing bankruptcy 6.7.13

7.24.13 motion to approve compromise cont.($6,000) to 9.3.13

Order entered, settlement amount demanded, he has moved and his attorney can no longer contact him by mail or phone. 9.3.13

Close, debtor has fled the jurisdiction and can not be found. Debtor has threatened to file a chapter 7. 10.18.13

Initial Projected Date Of Final Report (TFR):   12/31/2013      Current Projected Date Of Final Report (TFR):   12/31/2013      /s/ HORACE FOX, JR.
                                                                                                                                HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-10663 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8597 | | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/15/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2012 | (14) | State Central Bank | Small inactive, unscheduled bank account at State Central Bank. | 1229-000 | $533.38 | | $533.38 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $532.61 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.51 | $532.10 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $531.30 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.88 | $530.42 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $529.62 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $528.77 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $527.92 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $527.10 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.93 | $526.17 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.73 | $525.44 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $524.60 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.87 | $523.73 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.79 | $522.94 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $522.10 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.62 | $521.48 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.76 | $520.72 |
| 03/11/2013 | 5003 | Clerk Of the Bankruptcy court | Adversary case 13-00288. Complaint by Horace Fox Jr against Thomas Wieringa. Fee Amount $293. Status hearing to be held on 4/23/2013 | 2700-000 | | $293.00 | $227.72 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.53 | $227.19 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.35 | $226.84 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.38 | $226.46 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.33 | $226.13 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.36 | $225.77 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.38 | $225.39 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.32 | $225.07 |
| | | | **SUBTOTALS** | | $533.38 | $308.31 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-10663 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8597 | | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/15/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.36 | $224.71 |
| | | | **TOTALS:** | | $533.38 | $308.67 | $224.71 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $533.38 | $308.67 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $533.38 | $308.67 | |

| For the period of 3/15/2011 to 11/5/2013 | | For the entire history of the account between 01/03/2012 to 11/5/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $533.38 | Total Compensable Receipts: | $533.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $533.38 | Total Comp/Non Comp Receipts: | $533.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $308.67 | Total Compensable Disbursements: | $308.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $308.67 | Total Comp/Non Comp Disbursements: | $308.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-10663 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8597 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/15/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $533.38 | $308.67 | $224.71 |

**For the period of 3/15/2011 to 11/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $533.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $533.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $308.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $308.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/15/2011 to 11/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $533.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $533.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $308.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $308.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

## CLAIM ANALYSIS REPORT

| Case No.: | 11-10663 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | LOGISTICS MANAGEMENT, INC | | | | | | | Date: | 11/5/2013 |
| Claims Bar Date: | 12/01/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 08/21/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $133.35 | $133.35 | $0.00 | $0.00 | $0.00 | $133.35 |
| | BRUCE DE 'MEDICI<br><br>834 N. Forest<br>Oak Park IL 60302 | 09/19/2013 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Attorney for trustee will take no fee. | | | | | | | | | | | |
| 1 | BISCHOFF PARTNERS LLC<br>c/o Mark P Bischoff<br>217 N Jefferson St #600<br>Chicago IL 60661 | 07/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $99,315.50 | $99,315.50 | $0.00 | $0.00 | $0.00 | $99,315.50 |
| 2 | THOMAS WIERINGA<br><br>6880 St Vrain Road<br>Longmont CO 80503 | 11/03/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,420,000.00 | $1,420,000.00 | $0.00 | $0.00 | $0.00 | $1,420,000.00 |
| | | | | | | **$1,519,448.85** | **$1,519,448.85** | **$0.00** | **$0.00** | | **$0.00** | **$1,519,448.85** |

CLAIM ANALYSIS REPORT

Page No: 2  Exhibit C

| Case No. | 11-10663 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | LOGISTICS MANAGEMENT, INC | Date: | 11/5/2013 |
| Claims Bar Date: | 12/01/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Fees (Other Firm) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $1,519,315.50 | $1,519,315.50 | $0.00 | $0.00 | $0.00 | $1,519,315.50 |
| Trustee Compensation | $133.35 | $133.35 | $0.00 | $0.00 | $0.00 | $133.35 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:    11-10663
Case Name:   LOGISTICS MANAGEMENT, INC
Trustee Name: Horace Fox, Jr.

                                                    Balance on hand:    $224.71

Claims of secured creditors will be paid as follows: NONE

                Total to be paid to secured creditors:    $0.00
                Remaining balance:    $224.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $133.35 | $0.00 | $133.35 |

    Total to be paid for chapter 7 administrative expenses:    $133.35
    Remaining balance:    $91.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

    Total to be paid to prior chapter administrative expenses:    $0.00
    Remaining balance:    $91.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

    Total to be paid to priority claims:    $0.00
    Remaining balance:    $91.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

  Timely claims of general (unsecured) creditors totaling $1,519,315.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Bischoff Partners LLC | $99,315.50 | $0.00 | $5.97 |
| 2 | Thomas Wieringa | $1,420,000.00 | $0.00 | $85.39 |

        Total to be paid to timely general unsecured claims:   $91.36
                 Remaining balance:   $0.00

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:   $0.00
                 Remaining balance:   $0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

           Total to be paid for subordinated claims:   $0.00
                Remaining balance:   $0.00

**UST Form 101-7-TFR (5/1/2011)**