**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-10663 |
| | § | |
| LOGISTICS MANAGEMENT, INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $330,014.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $91.36 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $442.02 | | |

3) Total gross receipts of $533.38 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $533.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $375,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $442.02 | $442.02 | $442.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,628,198.83 | $1,519,315.50 | $91.36 | $91.36 |
| **Total Disbursements** | $3,003,198.83 | $1,519,757.52 | $533.38 | $533.38 |

4). This case was originally filed under chapter 7 on 03/15/2011. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2014         By:   /s/ Horace Fox, Jr.
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| small unscheduled bank account State Central Bk | 1229-000 | $533.38 |
| **TOTAL GROSS RECEIPTS** | | $533.38 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Central Bank | 4210-000 | $375,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $375,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $133.35 | $133.35 | $133.35 |
| International Sureties, Ltd. | 2300-000 | NA | $1.13 | $1.13 | $1.13 |
| Green Bank | 2600-000 | NA | $14.54 | $14.54 | $14.54 |
| Clerk Of the Bankruptcy court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $442.02 | $442.02 | $442.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bischoff Partners LLC | 7100-000 | $99,315.50 | $99,315.50 | $5.97 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | Office of the Bankruptcy Clerk (Claim No. 1; Bischoff Partners LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $5.97 |
| 2 | Thomas Wieringa | 7100-000 | $1,420,000.00 | $1,420,000.00 | $85.39 | $85.39 |
|   | MLRP Bridgeview Complex L | 7100-000 | $1,108,883.33 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,628,198.83 | $1,519,315.50 | $91.36 | $91.36 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 11-10663 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | Date Filed (f) or Converted (c): | 03/15/2011 (f) |
| For the Period Ending: | 6/12/2014 | §341(a) Meeting Date: | 04/26/2011 |
| | | Claims Bar Date: | 12/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | checking, JP Morgan Chase | $14.00 | $14.00 | | $0.00 | FA |
| 2 | 2007 Great Dane Trlr vin 710142 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned 7.6.11 order Loan secured by 11 Great Dane trailers, office equipment include two heat shrink wrapper machines | | | | | |
| 3 | 2007 Great Dane Trlr vin 710743 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 4 | 2007 Great Dane Trlr vin 710744 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| 5 | 2007 Great Dane Trlr vin 710745 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned oreder 7.6.11 | | | | | |
| 6 | 2007 Great Dane trlr vin 710746 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 7 | 2007 Great Dane Trlr vin 71047 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| 8 | 2007 Great Dane Trlr vin 710747 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 9 | 2007 Great Dane Trlr vin702926 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abaondoned oreder 7.6.11 | | | | | |
| 10 | 2007 Gret Dane Trlr 702927 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| 11 | 2007 Great Dane Trlr 7022928 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abanodoned order 7.6.11 | | | | | |
| 12 | 2007 Great Dane Trlr vin 702933 | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned order 7.6.11 | | | | | |
| 13 | Possible loan repayment preference (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 6,ooo settlment apprpoved, however, Wieringa has moved his residence, threatened bankruptcy and is no longer able to be contacted by his attorney or us. | | | | | |
| 14 | small unscheduled bank account State Central Bk (u) | $0.00 | $533.38 | | $533.38 | FA |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $330,014.00 | $330,547.38 | | $533.38 | $0.00 |

**Major Activities affecting case closing:**
Stop payment on 5.97 check, deposit with clerk, outstanding more than 90 days. 4.29.14

Case 11-10663   Doc 43   Filed 08/05/14   Entered 08/05/14 15:36:52   Desc Main
Document       Page 6 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 11-10663 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | LOGISTICS MANAGEMENT, INC | Date Filed (f) or Converted (c): | 03/15/2011 (f) |
| For the Period Ending: | 6/12/2014 | §341(a) Meeting Date: | 04/26/2011 |
| | | Claims Bar Date: | 12/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Received an unstamped copy of 142,000 claim from debtors attorney for debtor that is denominated "money loaned" which establishes the loan. Must tie down the repayments, which debtor called "salary" as loan repayments as underlayment of insider repayment.

1.4.12 deposited small bk acct proceeds from State Central Bank. 1.4.12

Referred letter to Mr. de 'Medici to analyse as peference. 1.20.12

Requested status on prefrence suit for money loaned, possibly paid back as "salary".3.12.12

E-mailed Mr. de 'Medici re preference complaint status. 6.30.12

Statute limitatioms, upcoming in March, 2013 e-mailed to Mr. de 'Medici, set Jan., 2013 conference to review demand letters. and complaint evidence 1.13.13.

Examined debtor's bank records and Qwik books records to support adversary complaint preparation. 3.1.13

Consider whether the adversary allegations can be the basis for a criminal referral: concealment of assets, material false oath and or appropriation for personal use, of estate property. Respond to Ms. Silver after you research the law. 3.21.13

Read draft of preference complaint.3.4.13

Complaint v Wieringa filed 3.11.13.

Get status of adversary. Debtor has threatend filing bankruptcy 6.7.13

7.24.13 motion to approve compromise cont.($6,000) to 9.3.13

Order entered, settlement amount demanded, he has moved and his attorney can no longer contact him by mail or phone. 9.3.13

Close, debtor has fled the jurisdiction and can not be found. Debtor has threatened to file a chapter 7. 10.18.13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| **Case No.:** | 11-10663 | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|
| **Case Name:** | LOGISTICS MANAGEMENT, INC | | **Date Filed (f) or Converted (c):** | 03/15/2011 (f) |
| **For the Period Ending:** | 6/12/2014 | | **§341(a) Meeting Date:** | 04/26/2011 |
| | | | **Claims Bar Date:** | 12/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

claims bar date is 12.1.11.

Final report and fees for trustee entered. 1.7.14

5.97 balance 4.12.14.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | **Current Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-10663 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8597 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/15/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2012 | (14) | State Central Bank | Small inactive, unscheduled bank account at State Central Bank. | 1229-000 | $533.38 | | $533.38 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $532.61 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.51 | $532.10 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $531.30 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.88 | $530.42 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $529.62 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $528.77 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $527.92 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $527.10 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.93 | $526.17 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.73 | $525.44 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $524.60 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.87 | $523.73 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.79 | $522.94 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $522.10 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.62 | $521.48 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.76 | $520.72 |
| 03/11/2013 | 5003 | Clerk Of the Bankruptcy court | Adversary case 13-00288. Complaint by Horace Fox Jr against Thomas Wieringa. Fee Amount $293. Status hearing to be held on 4/23/2013 | 2700-000 | | $293.00 | $227.72 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.53 | $227.19 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.35 | $226.84 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.38 | $226.46 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.33 | $226.13 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.36 | $225.77 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.38 | $225.39 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.32 | $225.07 |
| | | | **SUBTOTALS** | | **$533.38** | **$308.31** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-10663 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOGISTICS MANAGEMENT, INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8597 | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/15/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.36 | $224.71 |
| 01/08/2014 | 5004 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $133.35 | $91.36 |
| 01/08/2014 | 5005 | Bischoff Partners LLC | Final Account Number: ; Claim #: 1; Dividend: 2.65; Amount Allowed: 99,315.50; | 7100-000 | | $5.97 | $85.39 |
| 01/08/2014 | 5006 | Thomas Wieringa | Final Account Number: ; Claim #: 2; Dividend: 38.00; Amount Allowed: 1,420,000.00; | 7100-000 | | $85.39 | $0.00 |
| 04/29/2014 | 5005 | STOP PAYMENT: Bischoff Partners LLC | Stop Payment for Check# 5005- Check was never cashed by Bischoff Partners LLC | 7100-004 | | ($5.97) | $5.97 |
| 04/29/2014 | 5007 | Office of the Bankruptcy Clerk | Unclaimed Funds-Check was never cashed by Bischoff Partners LLC | 7100-001 | | $5.97 | $0.00 |
| | | | **TOTALS:** | | $533.38 | $533.38 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $533.38 | $533.38 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $533.38 | $533.38 | |

| For the period of 3/15/2011 to 6/12/2014 | | For the entire history of the account between 01/03/2012 to 6/12/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $533.38 | Total Compensable Receipts: | $533.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $533.38 | Total Comp/Non Comp Receipts: | $533.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $533.38 | Total Compensable Disbursements: | $533.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $533.38 | Total Comp/Non Comp Disbursements: | $533.38 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 11-10663 |
| **Case Name:** | LOGISTICS MANAGEMENT, INC |
| **Primary Taxpayer ID #:** | **-***8597 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 3/15/2011 |
| **For Period Ending:** | 6/12/2014 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $533.38 | $533.38 | $0.00 |

| **For the period of 3/15/2011 to 6/12/2014** | | **For the entire history of the case between 03/15/2011 to 6/12/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $533.38 | Total Compensable Receipts: | $533.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $533.38 | Total Comp/Non Comp Receipts: | $533.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $533.38 | Total Compensable Disbursements: | $533.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $533.38 | Total Comp/Non Comp Disbursements: | $533.38 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.